UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRONWORKERS VACATION TRUST; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND; CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST; and IRONWORKERS WORKERS' COMPENSATION TRUST,<br><br>Plaintiffs and Judgment Creditors,<br><br>v.<br><br>PERRY MARINGER, an individual dba MARINGER STEEL COMPANY; and MARINGER & SONS, INC., a corporation,<br><br>Defendants and Judgment Debtors. | Case No.  2:09-MC-0072 FCD DAD<br><br>ORDER TO APPOINT PROCESS SERVER<br><br>Hon. Dale A. Drozd<br>Courtroom:   27 |

**ORDER**

**IT IS SO ORDERED** that Kern Legal Services, Inc. is appointed as the process server to enforce the judgment in the above-referenced matter by serving

-1-

Order to Appoint Process Server          Case No. 2:09-MC-72 FCD DAD

1  the Writ of Execution.  The U.S. Marshal's Service will remain as the
2  Levying Officer.
3  DATED: September 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  Ddad1/orders.civil/califironworkers0072.ord