AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| KERRY K. FENNELLY, ESQ. (State Bar # 232621)<br>MELISSA W. COOK & ASSOCIATES<br>3444 Camino del Rio North, Suite 106<br>San Diego, CA 92108<br>TELEPHONE NO.: (619) 280-4302   FAX NO.: (619) 280-4304<br>ATTORNEY FOR (Name): Plaintiffs, California Ironworkers Field Pension Trust, et al. | **FILED**<br><br>OCT 28 2009<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>    DEPUTY CLERK |

United States District Court, Eastern District of California
STREET ADDRESS: 501 I Street, Suite 4-200
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, California 95814
BRANCH NAME: Sacramento Division

PLAINTIFF: California Ironworkers Field Pension Trust, et al.

DEFENDANT: Perry Maringer, an individual dba Maringer Steel Company, et al.

AMENDED **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**

[X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)
[X] Judgment Debtor   [ ] Third Person

CASE NUMBER: 2:09-MC-72 FCD DAD

AMENDED **ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Perry Maringer
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: January 8, 2010   Time: 10:00 a.m.   Dept. or Div.:   Rm.: 27
Address of court [X] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 10/28/09

_Dale A. Drozd, U.S. Magistrate Judge_
JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [X] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Perry Maringer   to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [X] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 10/27/09

KERRY K. FENNELLY, ESQ.
(TYPE OR PRINT NAME)
▶ _Kerry Fennelly_
(SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

AMENDED **APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120

LexisNexis® Automated California Judicial Council Forms

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR**   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

AT-138, EJ-125 [Rev. July 1, 2000]   AMENDED  APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION (Attachment—Enforcement of Judgment)   Page two

*LexisNexis® Automated California Judicial Council Forms*

MELISSA W. COOK, ESQ.; SBN 134791
mwccoast@aol.com
KERRY K. FENNELLY, ESQ.; SBN 232621
kkfennelly@sbcglobal.net
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile: (619) 280-4304

Attorneys for Plaintiffs and
Judgment Creditors

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRONWORKERS VACATION TRUST; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND; CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST; and IRONWORKERS WORKERS' COMPENSATION TRUST, <br><br> Plaintiffs and Judgment Creditors, <br><br> v. <br><br> PERRY MARINGER, an individual dba MARINGER STEEL COMPANY; and MARINGER & SONS, INC., a corporation, <br><br> Defendants and Judgment Debtors. | Case No. 2:09-MC-72 FCD DAD <br><br> DECLARATION OF KERRY K. FENNELLY IN SUPPORT OF AMENDED APPLICATION FOR APPEARANCE AND EXAMINATION AND CONTINUANCE OF OCTOBER 30, 2009 DEBTOR'S EXAMINATION <br><br> Hearing Date: January 8, 2010 <br> Time: 10:00 a.m. <br> Courtroom: 27 <br><br> Hon. Dale A. Drozd <br> Courtroom: 27 |

I, Kerry K. Fennelly, hereby declare as follows:

    1.    I am an attorney at law duly authorized to practice before all the

1  Courts of the State of California, and I am an associate of Melissa W. Cook &
2  Associates, A.P.C., attorney of record for Judgment Creditors herein. I make this
3  Declaration based upon my personal knowledge. If called upon to testify to the facts
4  declared herein, I could and would competently testify thereto.

5    2. Despite the Judgment Creditors' diligence, the Judgment Creditors
6  have been unable to personally serve the Judgment Debtor with sufficient notice prior
7  to the debtor's examination currently scheduled in this matter for October 30, 2009.
8  Accordingly, the Judgment Creditors by way of filing the Amended Application and
9  Order for Appearance and Examination are requesting the Court to vacate the debtor's
10 examination currently scheduled for October 30, 2009 and continue the debtor's
11 examination in this matter to January 8, 2010.

12   3. Attached hereto as Exhibit "A" is the Declaration of the Process
13 Server for the Judgment Creditors reflecting the numerous attempts they made to
14 personally serve the Judgment Debtor with the Order for Appearance at the debtor's
15 examination both at his last known business address and last known residential address.

16   4. Judgment Creditors are requesting the Court continue the debtor's
17 examination to January 8, 2010 to provide the Judgment Creditors with further
18 opportunity to serve the Judgment Debtor with the Order for Appearance at the debtor's
19 examination.

20   I declare under penalty of perjury under the laws of the State of California,
21 the State of California, that the foregoing is true and correct and this declaration was
22 executed on this 27th day of October, 2009, at San Diego, California.

23
24         /s/ Kerry K. Fennelly, Esq.
        KERRY K. FENNELLY
25
26
27
28

---

-2-

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Kerry Fennelly SBN 232621<br>Melissa W. Cook & Associates<br>3444 Camino Del Rio North Suite 106<br>San Diego, CA 92108<br>ATTORNEY FOR   Plaintiff | 619-280-4302<br><br>Ref. No. or File No.<br>0925.19 | |
| EASTERN DISTRICT, SACRAMENTO<br>501 I St<br>Sacramento, CA 95814 | | |
| SHORT TITLE OF CASE:<br>California Ironworkers vs PERRY MARINGER | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 730650 | 10/30/2009 | 9:00 am | 27 | 2:09-MC-72 |

**Not Found or Non Service Return**

I, the undersigned am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action, attempted to serve the following:

Application and Order for Appearance and Examination; Notice to Attend and Produce Documents at Debtor's Examination;

and that after due search, careful inquiry and diligent attempts I have been unable to make delivery of said process on the within named:

Perry Maringer

Process is being returned without service for the following reasons

Oct 9 2009 8:50AM 3941 Park Drive 20-419 El Dorado Hills, CA, 95762;Business address is a UPS Store. Subject is a box holder per clerk at UPS Store (White Male 30's)
Oct 11 2009 9:10AM 3941 Park Drive 20-419 El Dorado Hills, CA, 95762;No access, business address. Closed.
Oct 13 2009 3:26PM 3941 Park Drive 20-419 El Dorado Hills, CA, 95762;Not in per clerk
Oct 15 2009 2:45PM 613 Ore Cart Court El Dorado Hills, CA, 95762;No answer, residence address
Oct 17 2009 6:10PM 613 Ore Cart Court El Dorado Hills, CA, 95762;No answer, residence address. Residence appears vacant.
Oct 20 2009 6:10PM 613 Ore Cart Court El Dorado Hills, CA, 95762;No longer at residence address. I spoke with a Hispanic Female who would not give her name and stated that Perry Maringer is unknown to her or this address. She was about 18 years old, 5'4", 125 lbs with brown hair. There was a silver Acura with CA license plate "Ms Hot". The neighbors also verified that the defendant has moved.

Person attempting service:
 a. Name: Gari Greenhalgh
 b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
 c. Telephone number: 909-664-9565
 d. The fee for this service was: $9.50
 e. I am:
 (3) [X] a registered California process server:
   (i) [X] Independent Contractor
   (ii) Registration No.: 92-007  Expires:
   (iii) County: Sacramento

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/21/2009

Gari Greenhalgh

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-10



Declaration of Not Found or Non Service Return

# EXHIBIT A

3